# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
JUL 15 PM 3:10
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

**JSW**

UNITED STATES OF AMERICA

**CR 08 0463**

V.

CARL BERNARD,

DEFENDANT(S).

---

## INDICTMENT

Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Ammunition

---

A true bill.

_____ Foreman

Filed in open court this __15__ day of __July__

_____ Clerk

Bail, $ __No Bail Warrant__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. § 922(g)(1) -- felon in possession of ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment, 3 years supervised release, $250,000 fine, $100 special assessment

---- DEFENDANT - U.S. ----

▶ CARL BERNARD

DISTRICT COURT NUMBER

CR 08 0463 JSW

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

---- PROCEEDING ----
Name of Complainant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☑ person is awaiting trial in another Federal or State Court, give name of court
SAN FRANCISCO SUPERIOR COURT

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution
SAN FRANCISCO COUNTY JAIL

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DREW CAPUTO

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
6                               CR 08       0463
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12
13 | UNITED STATES OF AMERICA,        ) No.
                                      )
14 |     Plaintiff,                   ) VIOLATION: Title 18, United States Code,
                                      ) Section 922(g)(1) -- Felon in Possession of
15 | v.                               ) Ammunition
                                      )
16 | CARL BERNARD,                    )
                                      ) SAN FRANCISCO VENUE
17 |     Defendant.                   )
                                      )
18 |_____  )
19
20                              INDICTMENT
21 The Grand Jury charges:
22      On or about July 2, 2008, in the Northern District of California, the defendant,
23                              CARL BERNARD,
24 having previously been convicted of a crime punishable by a term of imprisonment exceeding
25 one year, did knowingly possess in and affecting interstate commerce 33 rounds of R-P .380
26 //
27 //
28 //

*Stamp: FILED 08 JUL 15 PM 3:10 RICHARD W. WIEKING, U.S. DISTRICT COURT, N. DIST. OF CALIFORNIA*

1 | caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).
2 |
3 | DATED: 7/15/08                     A TRUE BILL.
4 |
5 |                                    *[signature]*
6 |                                    FOREPERSON
7 | JOSEPH P. RUSSONIELLO
  | United States Attorney
8 |
9 | *[signature]*
10 | JAMES T. CHOU
   | Chief, Strike Force
11 |
12 | (Approved as to form:  *[signature]* )
   |                        AUSA Caputo
13 |
...
28 |

2