JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0463 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| CARL BERNARD, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Carl Bernard, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 31, 2008, to August 7, 2008. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant's counsel requested this time exclusion in order to allow time to review the discovery provided by the government and to perform factual and legal investigations relevant to one or more potential motions.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 31, 2008, to August 7, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on July 31, 2008, the Court ordered that the period from July 31, 2008, to August 7, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: August 1, 2008        _____/s/_____
                             ELIZABETH M. FALK
                             Attorney for Defendant

DATED: July 31, 2008         _____/s/_____
                             ANDREW P. CAPUTO
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____        _____
                             MARIA-ELENA JAMES
                             United States Magistrate Judge

2