# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date:** August 7, 2008

**Case No.** CR-08-463 JSW        **Judge:** Jeffrey S. White

**United States of America   v.   Carl Bernard**
                                   **Defendant**
                                   Present (X) Not Present ( ) In-Custody (X)

| Drew Caputo | Daniel Blank |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini        **Court Reporter:** Debra Pas

### PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Daniel Blank substituted in for Elizabeth Falk.
All discovery was provided to defendant on 7-23-08.
The government is investigating additional charges against the defendant.

**Case Continued to 8-28-08 at 2:30 p.m. for Trial Setting or Possible Change of Plea**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**