JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7004
    FAX: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0463 JSW |
| Plaintiff, | [PROPOSED] ORDER OF DETENTION PENDING TRIAL |
| v. | |
| CARL BERNARD, | |
| Defendant. | |

    Defendant Carl Bernard made his initial appearance in this matter on July 18, 2008. At this initial appearance, the United States moved for detention on grounds of flight risk and danger to the community. A detention hearing was set for July 25 and then was continued to July 31 at defendant's request. Defendant was present at the July 31 detention hearing and was represented by Elizabeth Falk of the Federal Public Defender's Office. Assistant United States Attorney Drew Caputo appeared for the United States.

    Pretrial Services submitted a report to the Court and the parties that recommended detention, and a representative of Pretrial Services was present at the detention hearing. The government requested detention, and defendant opposed. Proffers and arguments regarding

detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, the Court finds by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community. Accordingly, the Court concludes that defendant must be detained pending trial in this matter.

The present order supplements the Court's findings at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).

On July 2, 2008, defendant was arrested in possession of a fully automatic machine gun equipped with a high-capacity magazine and loaded with 33 rounds of ammunition. His prior criminal record includes a conviction for robbery in which the victim was assaulted and suffered a broken jaw. At the time of his arrest on July 2, defendant also possessed a quantity of crack cocaine, and he has a prior conviction for possession of cocaine base for sale. His prior criminal record also includes two prior bench warrants, indicating past failures to appear, and a parole revocation, indicating a past lack of compliance with supervision. While defendant has proposed sureties in an effort to obtain his release, those proposed sureties are not able to post property to secure his release. For these reasons, the Court deems defendant to present a danger to the community that cannot be mitigated adequately by conditions of release.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant be afforded reasonable opportunity for private consultation with his counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall

//
//
//

1  deliver defendant to an authorized deputy United States marshal for the purpose of any
2  appearance in connection with a court proceeding.
3
4  Dated: August 8, 2008
5  _____
   HONORABLE MARIA-ELENA JAMES
   United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*

[PROPOSED] ORDER OF DETENTION PENDING TRIAL
CR 08-0463 JSW                    3