1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   ANDREW P. CAPUTO (CSBN 203655)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone:  (415) 436-7004
7       Fax:  (415) 436-7234
        Email: andrew.caputo@usdoj.gov

8

    Attorneys for Plaintiff

9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 08-0463 JSW
                                       )
14          Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
15      v.                             )    SPEEDY TRIAL ACT CALCULATION
                                       )    (18 U.S.C. § 3161(h)(8)(A))
16  CARL BERNARD,                      )
                                       )
17          Defendant.                 )
                                       )
18  ─────────────────────────────────

19      With the agreement of the parties, and with the consent of defendant Carl Bernard, the

20  Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,

21  18 U.S.C. § 3161(c)(1), from July 31, 2008, to August 7, 2008.  The parties agree, and the Court

22  finds and holds, as follows:

23      1.      Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to

24  grant the requested continuance would unreasonably deny defendant's counsel reasonable time

25  necessary for effective preparation, taking into account the exercise of due diligence, in this case.

26  Defendant's counsel requested this time exclusion in order to allow time to review the discovery

27  provided by the government and to perform factual and legal investigations relevant to one or

28  more potential motions.

1    2.    Given these circumstances, the Court found that the ends of justice served by

2  excluding the period from July 31, 2008, to August 7, 2008, outweigh the best interest of the

3  public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

4    3.    Accordingly, and with the consent of the defendant, at the hearing on July 31,

5  2008, the Court ordered that the period from July 31, 2008, to August 7, 2008, be excluded from

6  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

7        IT IS SO STIPULATED.

8

9  DATED: August 1, 2008                    _____/s/_____
                                           ELIZABETH M. FALK
10                                          Attorney for Defendant

11

12 DATED: July 31, 2008                     _____/s/_____
                                           ANDREW P. CAPUTO
13                                          Assistant United States Attorney

14

15        IT IS SO ORDERED.

16

17 DATED:   August 8, 2008

18 MAR
   United

19

20

21

IT IS SO ORDERED

Judge Maria-Elena James

22

23

24

25

26

27

28

2