JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                  )<br>      Plaintiff,            )<br>                                  )<br>   v.                            )<br>                                  )<br>CARL BERNARD,        )<br>                                  )<br>      Defendant.      )<br>_____) | No. CR 08-0463 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

      With the agreement of the parties, and with the consent of defendant Carl Bernard, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from August 7, 2008, to August 28, 2008.  The parties agree, and the Court finds and holds, as follows:

      1.     Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  Defendant's counsel, Mr. Blank, requested this time exclusion in order to allow time to review the discovery provided by the government, since he has only recently taken over from Ms. Falk as defendant's counsel, and to consult with his client about the case.

2.   Given these circumstances, the Court found that the ends of justice served by excluding the period from August 7, 2008, to August 28, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3.   Accordingly, and with the consent of the defendant, at the hearing on August 7, 2008, the Court ordered that the period from August 7, 2008, to August 28, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: August 8, 2008
/s/
DANIEL BLANK
Attorney for Defendant

DATED: August 8, 2008
/s/
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____
JEFFREY S. WHITE
United States District Judge