UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

       Plaintiff(s),                          No. CR 08-00463 JSW

  v.                                       **CLERK'S NOTICE**

BERNARD

       Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on September 11, 2008, at 2:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Trial Setting incorrectly scheduled for September 4, 2008 , in this matter.

If counsel believes this time would be appropriate for exclusion, they shall submit a proposed order for exclusion of time to the Court.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____*Jennifer Ottolini*_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: August 28, 2008

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.