JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0463 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| CARL BERNARD, | |
| Defendant. | |

The parties stipulate as follows:

1. The parties agree that an exclusion of time from August 28, 2008, to September 11, 2008, is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Should the Court grant the requested exclusion, defendant's counsel will use this time to consult with his client about potential resolutions of this case and about potential motions defendant might file.

2. For the above reasons, the parties respectfully believe that the ends of justice served by excluding the period from August 28, 2008, to September 11, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3.   Accordingly, the parties respectfully request that the Court order that the period from August 28, 2008, to September 11, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: August 29, 2008                        /s/
                                                                DANIEL BLANK
                                                                Attorney for Defendant


DATED: August 28, 2008                        /s/
                                                                ANDREW P. CAPUTO
                                                                Assistant United States Attorney


### [PROPOSED] ORDER

For the reasons specified in the parties' stipulation, the Court hereby excludes the period from August 28, 2008, to September 11, 2008, in computing the time within which trial must commence in this matter pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). For the reasons specified in the parties' stipulation, the Court finds that the ends of justice served by excluding the period from August 28, 2008, to September 11, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: September 2, 2008                        _____
                                                                JEFFREY S. WHITE
                                                                United States District Judge