1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7004
7       Fax:  (415) 436-7234
        Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,     )    No. CR 08-0463 JSW
                                  )
14       Plaintiff,               )    STIPULATION AND [PROPOSED]
                                  )    ORDER EXCLUDING TIME FROM
15  v.                            )    SPEEDY TRIAL ACT CALCULATION
                                  )    (18 U.S.C. § 3161(h)(8)(A))
16  CARL BERNARD,                 )
                                  )
17       Defendant.               )
                                  )
18  _____)

19       With the agreement of the parties, and with the consent of defendant Carl Bernard, the

20  Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,

21  18 U.S.C. § 3161(c)(1), from September 11, 2008, to September 25, 2008.  The parties agree,

22  and the Court finds and holds, as follows:

23       1.      Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to

24  grant the requested continuance would unreasonably deny defendant's counsel reasonable time

25  necessary for effective preparation, taking into account the exercise of due diligence, in this case.

26  Defendant's counsel requested this exclusion in order to allow him to prepare a motion to

27  suppress.

28       2.      Given these circumstances, the Court found that the ends of justice served by

1   excluding the period from September 11, 2008, to September 25, 2008, outweigh the best interest

2   of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

3          3.        Accordingly, and with the consent of the defendant, at the hearing on August 7,

4   2008, the Court ordered that the period from September 11, 2008, to September 25, 2008, be

5   excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6          IT IS SO STIPULATED.

7

8   DATED: September 15, 2008            _____/s/_____
                                         DANIEL BLANK
9                                        Attorney for Defendant

10

11  DATED: September 12, 2008            _____/s/_____
                                         ANDREW P. CAPUTO
12                                       Assistant United States Attorney

13

14         IT IS SO ORDERED.

15

16  DATED:  September 16, 2008           _____
                                         JEFFREY S. WHITE
17                                       United States District Judge

18

19

20

21

22

23

24

25

26

27

28