BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BERNARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0463 JSW |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO CONTINUE HEARING |
| ) | TO MAY 21, 2009 |
| CARL BERNARD, ) | |
| ) | Honorable Jeffrey S. White |
| Defendant. ) | |

1    At the most recent appearance in the above-captioned matter, the Court ordered that advisory
2    counsel be appointed to assist Defendant Carl Bernard in deciding whether to withdraw his guilty
3    plea, and set a next hearing date for May 7, 2009.  Pursuant to that order, Ms. Gail Shifman, Esq.,
4    was appointed by the magistrate and has met with Mr. Bernard.  However, Ms. Shifman is not
5    available to appear on May 7, 2009.  Accordingly, the parties stipulate and jointly request that the
6    hearing be continued to the next available date, which is May 21, 2009, at 2:30 p.m.  The Speedy
7    Trial Act is not implicated because Mr. Bernard has entered a guilty plea.
8    IT IS SO STIPULATED.

9                                              JOSEPH RUSSONIELLO
                                               United States Attorney
10

11   DATED:    April 30, 2009            _____/s/_____
                                               DREW CAPUTO
12                                             Assistant United States Attorney

13

14   DATED:    April 30, 2009            _____/s/_____
                                               DANIEL P. BLANK
15                                             Assistant Federal Public Defender
                                               Attorney for Carl Bernard
16

17   IT IS SO ORDERED.

18   DATED: April 30, 2009
                                         _____
19                                             JEFFREY S. WHITE
                                               United States District Judge

20

21

22

23

24

25

26

STIP. & PROP. ORDER                          1