1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ANDREW P. CAPUTO (CABN 203655)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: andrew.caputo@usdoj.gov

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,           )   No. CR 08-0463 JSW
13          Plaintiff,                  )
                                        )
14      v.                              )   NOTICE OF DISMISSAL OF ORIGINAL
                                        )   INDICTMENT AND SUPERSEDING
15                                      )   INFORMATION
    CARL BERNARD,                       )
16                                      )   AND ORDER THEREON
            Defendant.                  )
17                                      )
                                        )
18  _____ )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20  United States Attorney for the Northern District of California dismisses without prejudice the
21  original indictment (Dkt. 1) and the superseding information (Dkt. 26) in this matter. The
22  superseding indictment returned by the grand jury on June 18, 2009 (Dkt. 57) remains pending.

23

24  DATED: 6-30-09                          Respectfully submitted,

25                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
26
27                                          /s/
                                            BRIAN J. STRETCH
28                                          Chief, Criminal Division

NOTICE OF DISMISSAL OF ORIGINAL INDICTMENT & SUPERSEDING INFO.
CR 08-0463 JSW

| | |
|---|---|
| 1 | Leave is granted to the government to dismiss without prejudice the original indictment (Dkt. 1) and the superseding information (Dkt. 26). The superseding indictment returned by the grand jury on June 18, 2009 (Dkt. 57) remains pending. |

Date: July 6, 2009

_____
JEFFREY S. WHITE
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused copies of

**NOTICE OF DISMISSAL OF ORIGINAL INDICTMENT AND SUPERSEDING INFORMATION**

in the case of **UNITED STATES OF AMERICA V. CARL BERNARD, CR 08-0463 JSW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

> **Gail Shifman**
> **Shifman Group, Attorneys**
> **44 Montgomery Street, Suite 3850**
> **San Francisco, CA 94104**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__X__ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2009

*Kevin Costello*
KEVIN COSTELLO
United States Attorney's Office