```
GAIL SHIFMAN
ATTORNEY AT LAW
44 Montgomery Street
Suite 3850
San Francisco, CA  94104
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
CARL BERNARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARL BERNARD,<br><br>　　　　Defendant. | Case No. CR 08-0463 JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER RESETTING MOTION FILING<br>DATES |

　　　Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

　　　1. The motion schedule set by the Court had been scheduled as follows: Defense to file motions - November 5, 2009; Government Oppositions – November 19, 2009; Defense Replies – November 30, 2009 and motion hearing, December 10, 2009 at 2:30 p.m.

　　　2. The parties stipulate to amend the filing due dates for

the filing of motions and oppositions only, leaving the due date for the filing of replies and the motion hearing date as currently set. The schedule proposed is as follows: Defense to file motions on November 11, 2009; Government oppositions to be filed on November 25, 2009; Defense Replies to be filed on November 30, 2009 and motion hearing on December 10, 2009 at 2:30 p.m.

**IT IS SO STIPULATED.**

```
                                        JOSEPH RUSSONIELLO
                                        UNITED STATES ATTORNEY

     /s/                                     /s/
_____          _____
GAIL SHIFMAN                      ANDREW CAPUTO
Attorney for Defendant            Assistant United States Attorney
Dated: November 10, 2009          Dated: November 10, 2009
```

In light of the history of this case, the Court grants the stipulation notwithstanding the fact that the parties have not shown good cause.

**IT IS SO ORDERED.** However, the parties are reminded that, in the future, they may not stipulate to extend Court imposed deadlines without a showing of good cause.

Dated: November 12, 2009

_____
HONORABLE JEFFREY WHITE
United States District Judge