1  JOANNA P. SHERIDAN (CABN 260090)
   J.P. SHERIDAN LAW
2  601 Montgomery Street, Suite 850
   San Francisco, CA 94111
3  (415) 347-2700

4  Attorney for Defendant
   CARL BERNARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 08-463 JSW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER (AS MODIFIED) MODIFYING CONDITIONS OF |
| v. | ) ) | SUPERVISED RELEASE TO INCLUDE HALFWAY HOUSE; REQUEST FOR |
| CARL BERNARD | ) ) | SETTING OF STATUS APPEARANCE |
| Defendant. | ) ) | |

The above captioned cases are currently calendared in Magistrate Ryu's department for a possible hearing on the motion by the U.S. Probation Department for Mr. Bernard to be ordered to reside at a half-way house. After consultation with undersigned defense counsel, Mr. Bernard agrees to waive any further proceedings before Judge Ryu and does stipulate that his conditions of supervised release may be modified to enter an order that he reside at a halfway house in San Francisco until the United States Probation Office has approved an alternate residence and agrees to remove this requirement.

\\
\\
\\
\\
\\
\\
\\

STIPULATION AND ORDER (AS MODIFIED) MODIFYING CONDITIONS OF SUPERVISED RELEASE TO INCLUDE HALFWAY HOUSE; REQUEST FOR SETTING OF STATUS APPEARANCE
BERNARD, CR 08-463 JSW

1

1     In light of the above, the parties do stipulate that Mr. Bernard's supervised release conditions shall include residence at a half-way house until the United States Probation Office moves the court to modify his residence requirement. The parties also request that a telephonic status conference be calendared before the Honorable Judge White on March 1, 2022 at 12:00 pm.

    SO STIPULATED:

DATED: January 21, 2022                /s/_____
                                                 JOANNA SHERIDAN
                                                 Attorney for Defendant, Carl Bernard

DATED: January 21, 2022                /s/_____
                                                 CYNTHIA JOHNSON
                                                 Assistant United States Attorney

DATED: January 21, 2022                /s/_____
                                                 JENNIFER HUTCHINGS
                                                 United States Probation Specalist

STIPULATION AND ORDER (AS MODIFIED) MODIFYING CONDITIONS OF SUPERVISED RELEASE TO INCLUDE HALFWAY HOUSE; REQUEST FOR SETTING OF STATUS APPEARANCE
BERNARD, CR 08-463 JSW

**ORDER (AS MODIFIED)**

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS that it is appropriate to modify the conditions of Mr. Bernard's supervised release to include his residence at a halfway house in San Francisco until an appropriate residence is approved by the United States Probation Department.

IT IS SO ORDERED that Mr. Bernard shall reside at a halfway house in San Francisco until further order of the court. **The parties shall seek a formal modification of supervised release through Judge White.**

IT IS SO ORDERED the hearing scheduled for January 21, 2022 is vacated and a telephonic status conference on the Form 12 filed in this case is set for March 1, 2022 at 12:00 pm in front of the Honorable Jeffery S. White.

**IT IS SO ORDERED AS MODIFIED.**

DATED: January 21, 2022



_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND ORDER (AS MODIFIED) MODIFYING CONDITIONS OF SUPERVISED RELEASE TO INCLUDE HALFWAY HOUSE; REQUEST FOR SETTING OF STATUS APPEARANCE
BERNARD, CR 08-463 JSW